## United States Bankruptcy Court

District Of Puerto Rico

In re: **NRS UNIVERSAL CONTRACTORS OF
PUERTO RICO; INC.**

Case  **1O- 06644**
Chapter  **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **SIGFREDO VELEZ-CARDONA, SECRETARY**, declare under penalty of perjury
that I am the **SECRETARY** of **NRS UNIVERSAL CONTRACTOR OF PUERTO RICO
INC;** a corporation organize under the laws of  **Puerto Rico** and that on **JULY 23, 2010**
the following resolution was duly adopted by the **CORPORATION**.

"Whereas, it is the best interest of this **CORPORATION** to file a voluntary petition in
the United States Bankruptcy Court pursuant to Chapter 11 of the Title 11 of the United
States Code;

Be It Therefore Resolved, that **SIGFREDO VELEZ-FELICIANO, PRESIDENT** of
**NRS UNIVERSAL CONTRACTORS OF PUERTO RICO; INC.**, is authorized and
directed to execute and deliver all documents necessary to perfect the filling of a
Chapter 11 voluntary bankruptcy case on behalf of the **CORPORATION**; and

Be It Further Resolved, that **SIGFREDO VELEZ-FELICIANO, as PRESIDENT** is
authorized and directed to appear in all bankruptcy proceedings on behalf of the
**CORPORATION**, and to otherwise do and perform all acts and deeds and to execute
and deliver all necessary documents on behalf of **NRS UNIVERSAL CONTRACTORS
OF PUERTO RICO; INC.,**  in connection with such bankruptcy case; and

Be It Further Resolved, that **SIGFREDO VELEZ FELICIANO, as PRESIDENT** is
authorized and directed to employ **Luis D. Flores González**, attorney and the law firm
of **LuisD. Flores González, Esq.** To represent **NRS UNIVERSAL CONTRACTORS OF
PUERTO RICO; INC.,**  in such bankruptcy case."

Executed on: **July 23, 2010**

Signed:

**SIGREDO VELEZ-CARDONA
SECRETARY**

A.S. UNIVERSAL CONTRACTORS OF P.R., INC.
REGISTRO
93646
1983